UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Milendophe Duperier             Chapter 13
SSN: xxx-xx-9129            Case No: 23-10206-CJP

NOTICE OF WITHDRAWAL OF
TRUSTEE'S MOTION TO DISMISS CASE

    Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and withdraws her Motion to Dismiss this case, which Motion was filed on June 1, 2023 and for reasons states that the Debtor has satisfied the grounds in the Motion.

Dated: July 11, 2023

> Respectfully submitted,
> Carolyn A. Bankowski
> Standing Chapter 13 Trustee
> By: /s/ Carolyn A. Bankowski
> Carolyn A. Bankowski (BBO# 631056)
> Patricia A. Remer (BBO# 639594)
> Office of the Chapter 13 Trustee
> PO Box 8250
> Boston, MA 02114-0022
> (617) 723-1313
> 13trustee@ch13trustee.com

Certificate of Service

    The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: July 11, 2023

> /s/ Carolyn A. Bankowski
> Carolyn A. Bankowski

Milendophe Duperier            Julie A. Franklin, Esq.
5 Regina Rd            Franklin Legal Services, LLC
Randolph, MA 02368            100 Bull Street
           Ste. 200
           Savannah, GA 31401

SAB